479 A.2d 1145

Commonwealth v. King, Appellant.

Petition for Allowance of Appeal
Denied Jan. 17, 1985.

Submitted May 18, 1984.   Carl V. King, appellant, in propria persona;  Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.